UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jack Marty,

                             Plaintiff,

             -against-

WPP PLC et al.,

                        Defendants.

25-CV-8365  (AS)
25-CV-9930 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On October 9, 2025, Plaintiff Jack Marty filed a complaint in 25-CV-8365. On November 28, 2025, Plaintiff Teamsters Local 456 Annuity Fund (Teamsters) filed a complaint in 25-CV-9330. Marty published a notice in *Globe Newswire* notifying potential class members that they could ask the Court appoint them as lead plaintiff. While Teamsters does not appear to have filed a subsequent notice, the Court finds it unnecessary to require republication because "republication of notice is not required under the PSLRA" when a "subsequent action asserts 'substantially the same claim or claims'" as the first-filed action. *Hom v. Vale, S.A.*, 2016 WL 880201, at *4 (S.D.N.Y. Mar. 7, 2016). Where "a class period is extended beyond the period contained in the first-filed securities class action," courts "typically 'disfavor republication.'" *Id.* (quoting *Turner v. ShengdaTech, Inc.*, 2011 WL 6110438, at *3 (S.D.N.Y. Dec. 6, 2011); see also *Kaplan v. S.A.C. Cap. Advisors, L.P.*, 947 F. Supp. 2d 366, 367 (S.D.N.Y. 2013) (concluding that while "more substantial alteration of the claims can" require republication, "alteration of the class period, without more, does not require republication"). The primary difference between the two cases is that Teamsters alleges a longer class period (starting five days earlier) and also includes purchasers of American Depositary Receipts in addition to common stock. The Court finds the claims to be "substantially the same" and therefore no republication is warranted.

On December 8, 2025, the Court received motions from each plaintiff to consolidate the cases and to appoint each as lead plaintiff. 25-CV-8365 Dkts. 16, 20. As consolidation appears to be unopposed, the Court is inclined to consolidate the two actions. Any opposition papers to the motions for appointment as lead plaintiff, not to exceed ten (10) pages, shall be filed by December 18, 2025, at 5:00 p.m. ET. The Court will hold a hearing on the motions at 11 a.m. on January 7, 2026 in Courtroom 15A of the 500 Pearl Street Courthouse.

SO ORDERED.

Dated: December 10, 2025

New York, New York

ARUN SUBRAMANIAN
United States District Judge

2