UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jack Marty,

                              Plaintiff,

              -against-

WPP PLC et al.,

                              Defendants.

25-CV-8365 (AS)
25-CV-9930 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Before the Court are Jack Marty's and Teamsters Local 456's motions to be appointed as lead plaintiff in this case. Marty has withdrawn his motion. Dkt. 27. As a result, Teamsters' motion is unopposed. Dkt. 28. Therefore, the Court hereby GRANTS Teamsters' motion to be appointed as lead plaintiff in this action. The hearing scheduled for January 7, 2026, is hereby CANCELLED. The parties are reminded that deadlines to answer the complaint and to submit a case management plan shall now run.

The Clerk of Court is respectfully directed to (1) terminate the motions at Dkts. 16 and 20 in 25-cv-8365; (2) substitute Teamsters Local 456 as the plaintiff in 25-cv-8365, and reflect the substitution in the case caption on the docket; and (3) consolidate the two cases. Any future filings should be filed in 25-cv-8365.

        SO ORDERED.

Dated: January 2, 2026
        New York, New York

_____
        ARUN SUBRAMANIAN
        United States District Judge